5. For costs of suit herein incurred, including reasonable attorneys' fees and costs; and

6. For such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

Dated: April 17, 2019

ARTIANO SHINOFF

By: s/ Daniel R. Shinoff
Daniel R. Shinoff
dshinoff@as7law.com
Paul V. Carelli, IV, Esq.
pcarelli@as7law.com
Gil Abed
gabed@as7law.com
Attorneys for Plaintiff CECIL FRENCH

Dated: April 17, 2019

LAW OFFICES OF SHELDON A. OSTROFF

By: s/ Sheldon A. Ostroff
Sheldon A. Ostroff
sostrofflaw@gmail.com
Attorneys for Plaintiff CECIL FRENCH

FIRST AMENDED CLASS ACTION COMPLAINT       Case No. 18-cv-01648-CAB-MSC