1  ARTIANO SHINOFF
   Daniel R. Shinoff, Esq. (SBN 99129)
2  dshinoff@as7law.com
   Gil Abed, Esq. (SBN 195771)
3  gabed@as7law.com
   Abbey M. Jahnke, Esq. (SBN302454)
4  ajahnke@as7law.com
   2488 Historic Decatur Road, Suite 200
5  San Diego, California  92106
   Telephone: 619-232-3122
6  Facsimile: 619-232-3264

7  LAW OFFICE OF SHELDON A. OSTROFF
   Sheldon A. Ostroff, Esq. (SBN 108510)
8  sostrofflaw@gmail.com
   2488 Historic Decatur Road, Suite 200
9  San Diego, California  92106
   Telephone: 619-232-3122
10 Facsimile: 619-232-3264

11 Attorneys for Plaintiffs CECIL FRENCH and
   KATHLEEN BREISACHER
12

13           UNITED STATES DISTRICT COURT

14         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  CECIL FRENCH on behalf of himself and all others similarly situated current and former employees of First Transit, Inc.<br><br>17           Plaintiff,<br><br>18           v.<br><br>19  FIRST TRANSIT, INC. and DOES 1-10 inclusive,<br><br>            Defendants. | Case No.: 3:18-cv-01648-CAB-MSB<br><br>**NAMED PLAINTIFFS' AMENDED NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:  Hon. Cathy Ann Bencivengo<br>Dept.:  11th Floor, 4C<br>Date:   January 3, 2020<br><br>**PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.** |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on January 3, 2020, or as soon thereafter as counsel may heard, in Room 4C of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California 92101, before the Honorable Cathy Ann Bencivengo, Named Plaintiffs will move the Court for an Order to: 1) grant preliminary approval of the Settlement Agreement attached to the

Declaration of Sheldon A. Ostroff as Exhibit "B" with an order in the form attached to the Settlement Agreement as Exhibit "1"; 2) conditionally certify the proposed class under Fed. R. Civ. Proc. 23(b)(3) for settlement purposes; 3) appoint Sheldon A. Ostroff of the Law Office of Sheldon A. Ostroff and Daniel R. Shinoff of Artiano Shinoff as Class Counsel; 4) authorize Named Plaintiffs to provide notice to the Class Members in the form attached to the Settlement Agreement as Exhibit "2"; and 5) schedule a final approval or fairness hearing no sooner than 90 days after the entry of the Order herein as is convenient to the Court. A proposed order to this effect is attached as Exhibit "1" to the Settlement Agreement and has been emailed to efile_bencivengo@casd.uscourts.gov.

    This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities submitted herewith, the accompanying declarations of Class Counsel and Jim Lackritz, Ph.D., and the other papers on file in this action, and such other materials or arguments of counsel that the Court may receive at or before the hearing on this Motion.

Dated: November 26, 2019

LAW OFFICE OF SHELDON A. OSTROFF

By: _s/ Sheldon A. Ostroff_
   Sheldon A. Ostroff
   sostrofflaw@gmail.com
Attorneys for Plaintiff CECIL FRENCH and KATHLEEN BREISACHER

Respectfully Submitted,

Dated: November 26, 2019

ARTIANO SHINOFF

By: _s/ Abbey M. Jahnke_
   Daniel R. Shinoff
   dshinoff@as7law.com
   Gil Abed
   gabed@as7law.com
   Abbey M. Jahnke
   ajahnke@as7law.com
Attorneys for Plaintiff CECIL FRENCH and KATHLEEN BREISACHER