ARTIANO SHINOFF
Daniel R. Shinoff, Esq. (SBN 99129)
dshinoff@as7law.com
Gil Abed, Esq. (SBN 195771)
gabed@as7law.com
Abbey M. Jahnke, Esq. (SBN 302454)
ajahnke@as7law.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

LAW OFFICE OF SHELDON A. OSTROFF
Sheldon A. Ostroff, Esq. (SBN 108510)
sostrofflaw@gmail.com
2488 Historic Decatur Road, Suite 200
San Diego, California 92106
Telephone: 619-232-3122
Facsimile: 619-232-3264

Attorneys for Plaintiffs CECIL FRENCH and KATHLEEN BREISACHER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL FRENCH on behalf of himself and all others similarly situated current and former employees of First Transit, Inc.<br><br>Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC. and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 3:18-cv-01648-CAB-MSB<br><br>**NAMED PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[PROPOSED ORDER SUBMITTED SEPARATELY]<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Dept.: 11th Floor, 4C<br>Date: April 13, 2020<br>Time: 2:00 p.m. |

TO DEFENDANT AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on April 13, 2020, at 2:00 p.m., or as soon thereafter as counsel may heard, in Room 4C of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California 92101, before the Honorable Cathy Ann Bencivengo, Named Plaintiffs will move the Court for an Order granting final approval of the Settlement

ARTIANO SHINOFF

1 | Agreement. Specifically, the Named Plaintiffs request through this motion that the
2 | Court determine:
3 |     (a)    That the Settlement is fair, reasonable and adequate;
4 |     (b)    That Final Judgment should be entered approving the Settlement and dismissing the Action, on the merits and with prejudice, and that the release of claims, as set forth in the Settlement Agreement, should be approved; and
5 |     (c)    Such other matters as the Court may deem appropriate.

The Named Plaintiffs' motion is based on this Notice of Unopposed Motion for Final Approval of Class Action Settlement, the Memorandum of Points and Authorities in Support thereof, the Declarations of Sheldon A. Ostroff, Daniel R. Shinoff, and American Legal Claim Services, LLC, the Settlement Administrator, all other pleadings and papers on file in this action, and such argument as the court may be presented with at the hearing on this unopposed motion.

Dated: March 16, 2020

LAW OFFICE OF SHELDON A. OSTROFF

By:  s/ Sheldon A. Ostroff
    Sheldon A. Ostroff
    sostrofflaw@gmail.com
Attorneys for Plaintiff CECIL FRENCH and KATHLEEN BREISACHER

Respectfully Submitted,

Dated: March 16, 2020

ARTIANO SHINOFF

By:  s/ Abbey M. Jahnke
    Daniel R. Shinoff
    dshinoff@as7law.com
    Gil Abed
    gabed@as7law.com
    Abbey M. Jahnke
    ajahnke@as7law.com
Attorneys for Plaintiff CECIL FRENCH and KATHLEEN BREISACHER